UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| AMERICAN STANDARD, INC., | ) | Case No. 3:07-CV02377 |
| Plaintiff, | ) ) | Hon. James G. Carr |
| v. | ) ) | **STATUS REPORT** |
| ROBERT J. MEEHAN, JR., et al., | ) ) | Peter R. Silverman (0001579) |
| | ) | Michael G. Sanderson (0008521) |
| Defendants. | ) ) | Robert A. Koenig (0020789) SHUMAKER, LOOP & KENDRICK, LLP |
| -- and -- | ) ) | 1000 Jackson Street Toledo, Ohio 43604-5573 |
| TOLEDO SERVICES, INC., | ) ) | Telephone: (419) 241-9000 Facsimile: (419) 241-6894 |
| Counterclaim Plaintiff, | ) ) | E-mail: psilverman@slk-law.com msanderson@slk-law.com |
| v. | ) ) | rkoenig@slk-law.com |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | ) ) ) | Attorneys for Defendants |
| Counterclaim-Defendant. | ) | |

\* \* \*

The parties continue to exchange information to determine whether they can agree to a resolution on the matter. We are at a point where we should have some decision in two weeks, and we propose that we update this report at that time.

SLK_TOL: #1611457v1

> Further status report is due January 30, 2009.
> So ordered.
>
>  s/ James G. Carr   1/22/2009
> _____
> Chief Judge

        */s/ Peter R. Silverman*
        Peter R. Silverman
        Michael G. Sanderson
        Robert A. Koenig
        SHUMAKER, LOOP & KENDRICK, LLP

        Attorneys for Defendants

## CERTIFICATE OF SERVICE

On January 12, 2009, I filed electronically a copy of the foregoing **Status Report**, which will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

        */s/ Peter R. Silverman*
        Peter R. Silverman
        Michael G. Sanderson
        Robert A. Koenig
        SHUMAKER, LOOP & KENDRICK, LLP

        Attorneys for Defendants